U. S. 553, 556. *Mr. Samuel E. Darby, Jr.* for appellant. *Mr. Alexander C. Neave* for appellees.

No. —, original. Ex parte EMMET H. BOZEL;
No. —, original. Ex parte ELMER DAVIS;
No. —, original. Ex parte CHARLES ERICKSON; and
No. —, original. Ex parte FRANK ROBERSON. April 19, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. Ex parte THOMAS B. MULRENNAN. April 19, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. —. DANIELS *v.* ALABAMA; and
No. —. ROBINSON *v.* ALABAMA. April 19, 1943. The applications for stay of execution are granted and it is ordered that execution of the sentence of death in each of these cases be stayed until further order of this Court.

No. 396. PEDERSEN *v.* J. F. FITZGERALD CONSTRUCTION Co. See *ante*, p. 740.

No. 584. ROCHE, U. S. DISTRICT JUDGE, ET AL. *v.* EVAPORATED MILK ASSOCIATION ET AL. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioners. *Messrs. Marshall P. Madison,*

748

*Francis R. Kirkham, Herbert W. Clark, Arthur B. Dunne, U. S. Webb, Maurice E. Harrison, Willis I. Morrison, Joseph A. Murphy,* and *Nat Brown* for respondents.

Nos. 623, 624, and 625.   OKLAHOMA TAX COMMISSION *v.* UNITED STATES.   February 15, 1943.   Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. W. A. Barnett, C. W. King,* and *A. L. Herr* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman Mac-Donald* for the United States.

No. 636.   UNITED STATES *v.* DELIA.   February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* for the United States. *Messrs. Morton A. Eden* and *Jack N. Tucker* for respondent.

No. 480.   MURDOCK *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 481.   PERISICH *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 482.   MOWDER *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 483.   SEDERS *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 484.   LAMBORN *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 485.   MALTEZOS *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 486.   ANASTASIA TZANES *v.* PENNSYLVANIA (CITY OF JEANNETTE); and